UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ELIZABETH REYES, § § Plaintiff, § § v. § § AETNA LIFE INSURANCE COMPANY § and FIRSTSERVICE RESIDENTIAL, INC. § EMPOLYEE EBENEFITS PLAN, § § Defendants. § | SA-19-CA-663-JKP-HJB |

**ORDER REFERRING CASE
TO MEDIATION**

The matter before the Court is the Joint ADR Report filed in this case by Plaintiff and Defendant Aetna Life Insurance Company ("AETNA"). (Docket Entry 62.) After careful consideration, the Court finds it appropriate to order mediation in this case.

Accordingly, it is **ORDERED** that the parties must participation in mediation of this case **on or before March 18, 2020.** Such mediation shall be conducted before a neutral chosen by Defendant Aetna from the list of mediators approved by the Court for the San Antonio Division (available on the Court's website, txwd.uscourts.gov). The cost of the neutral shall be borne by Defendant Aetna.

Following the mediation, the Court will be advised only that the case did or did not settle. No other information regarding the conduct or outcome of the mediation may be transmitted to the Court by the mediator or any other party.

**SIGNED** on January 21, 2020.

Henry J. Bemporad
United States Magistrate Judge